1  MELINDA HAAG (CSBN 132612)
   United States Attorney
2  ALEX G. TSE (CSBN 152348)
   Chief, Civil Division
3  MICHAEL T. PYLE (CSBN 172954)
   Assistant United States Attorney
4  150 Almaden Blvd., Suite 900
   San Jose, California 95113
5  Telephone: (408) 535-5087
   FAX: (408) 535-5081
6  michael.t.pyle@usdoj.gov

7  Attorneys for Federal Defendants

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN FRANCISCO DIVISION

11

12  CAPTAIN JOHN J. COTA,         )   No. 13-00576 JSW
                                  )
13        Plaintiff,              )   **STIPULATION AND [PROPOSED]**
                                  )   **ORDER SETTING BRIEFING**
14     v.                         )   **SCHEDULE AND CONTINUING CASE**
                                  )   **MANAGEMENT CONFERENCE**
15  UNITED STATES OF AMERICA ET AL., ) AS MODIFIED
                                  )   Hon. Jeffrey S. White
16        Defendants.             )
   _____)

17

18      IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of

19  the Court, as follows.

20      Federal Defendants will be filing a motion to dismiss this case on May 1, 2013 and will set it

21  for hearing on June 28, 2013. The parties stipulate to an extended briefing schedule such that

22  Plaintiff's opposition papers would be due June 4, 2013 and Federal Defendants' reply papers

23  would be due June 12, 2013. The parties further stipulate to move the initial Case Management

24  Conference from May 10, 2013 at 1:30 p.m. to the date of the hearing on the Federal Defendant's

25  motion to dismiss or such other date as the Court deems appropriate. The parties believe it

26  would be more efficient for the parties and the Court to continue the Case Management

27  Conference until the hearing on the motion to dismiss or such other date as the Court deems

28  appropriate. Plaintiff requests the additional time for the filing of its opposition papers (from

STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE & CONTINUING CMC
C 13-00576 JSW                            1

1  May 15, 2013 to June 4, 2013) because of plaintiff's counsel's schedule and plaintiff's counsel's
2  prior agreements to continue the deadline for the Federal Defendants to respond to the
3  Complaint.  Furthermore, at Plaintiff's counsel's request, counsel for the Federal Defendant has
4  outlined the grounds for the motion to dismiss and Plaintiff's counsel believes additional time
5  will be necessary to respond to the anticipated arguments.  Federal Defendant's counsel requests
6  one extra day to file reply papers as counsel has a prior obligation on June 11, 2013.

Dated: April 29, 2013            Respectfully submitted,

                                 MELINDA HAAG
                                 United States Attorney

                                  /s/ *Michael T. Pyle*
                         By:     _____
                                 Michael T. Pyle
                                 Assistant U.S. Attorney
                                 Attorneys for Federal Defendants


                                 SINUNU BRUNI LLP

                                  /s/ *John F. Meadows*

                                  /s/ *Leopoldo J. Chanco*
                         By:     _____
                                 JOHN F. MEADOWS
                                 LEOPOLDO J. CHANCO
                                 Attorneys for Plaintiff
                                 CAPTAIN JOHN J. COTA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

   Plaintiff's opposition to the Federal Defendant's motion to dismiss shall be filed and served no later than ~~June 4,~~ May 20, 2013.  Federal Defendant's reply in support of its motion to dismiss shall be filed and served no later than ~~June 12~~ May 28, 2013.  The initial Case Management Conference is continued until __June 28__, 2013.  The parties shall submit a joint Case Management Conference Statement at least five court days in advance of the conference.

DATED:  May 2, 2013              _____
                                 HON. JEFFREY S. WHITE
                                 United States District Judge

STIPULATION AND [~~PROPOSED~~] ORDER SETTING BRIEFING SCHEDULE & CONTINUING CMC
C 13-00576 JSW                              2