
MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPTAIN JOHN J. COTA, | No. 13-00576 JSW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER BRIEFLY EXTENDING BRIEFING SCHEDULE** |
| v. | |
| UNITED STATES OF AMERICA ET AL., | Hon. Jeffrey S. White |
| Defendants. | |

   IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, to continue the briefing schedule such that Plaintiff's opposition papers would be due May 24, 2013 (a four day extension) and the Federal Defendants' reply papers would be due June 4, 2013 (7 days after the opposition, not including the Memorial Day holiday) for the following reasons:

   The Federal Defendants filed a motion to dismiss in this case on May 1, 2013, and this motion is set for hearing on June 28, 2013. The parties previously stipulated to an extended briefing schedule such that Plaintiff's opposition papers would be due June 4, 2013 and Federal Defendants' reply papers would be due June 12, 2013. The Court modified these dates, and set May 20, 2013 as the deadline for Plaintiff's opposition papers, and May 28, 2013 as the deadline for Defendant's reply papers.

STIPULATION AND [PROPOSED] ORDER BRIEFLY EXTENDING BRIEFING SCHEDULE
C 13-00576 JSW                                    1

1  Plaintiff's counsel represents that he has been diligently working on the opposition papers
2  since the motion was filed. However, in early May, Plaintiff's counsel's spouse developed a
3  serious medical condition that required Plaintiff's counsel to lose four days of work to care for
4  his spouse. In light of this information, counsel for the Federal Defendants agrees to Plaintiff's
5  request for additional time. Counsel for Federal Defendants is also appreciative of Plaintiff's
6  counsel's prior agreements to continue the deadline for the Federal Defendants to respond to the
7  Complaint.

Dated: May 14, 2013         Respectfully submitted,

MELINDA HAAG
United States Attorney

By:  /s/ *Michael T. Pyle*
Michael T. Pyle
Assistant U.S. Attorney
Attorneys for Federal Defendants

SINUNU BRUNI LLP

 /s/ *John F. Meadows*

 /s/ *Leopoldo J. Chanco*
By:
JOHN F. MEADOWS
LEOPOLDO J. CHANCO
Attorneys for Plaintiff
CAPTAIN JOHN J. COTA

**PURSUANT TO STIPULATION, IT IS SO ORDERED**:

Plaintiff's opposition to the Federal Defendant's motion to dismiss shall be filed and served no later than May 24, 2013. Federal Defendant's reply in support of its motion to dismiss shall be filed and served no later than June 4, 2013.

DATED: May 15, 2013        /s/ Jeffrey S. White
HON. JEFFREY S. WHITE
United States District Judge

STIPULATION AND [PROPOSED] ORDER BRIEFLY EXTENDING BRIEFING SCHEDULE
C 13-00576 JSW                    2