MELINDA HAAG (CSBN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
MICHAEL T. PYLE (CSBN 172954)
Assistant United States Attorney
150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5087
FAX: (408) 535-5081
michael.t.pyle@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CAPTAIN JOHN J. COTA,<br><br>    Plaintiff,<br><br>    v.<br><br>UNITED STATES OF AMERICA ET AL.,<br><br>    Defendants. | No. 13-00576 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE**<br><br>Hon. Jeffrey S. White |

    IT IS HEREBY STIPULATED by and between the undersigned, subject to the approval of the Court, as follows.

    On May 2, 2013, the Court granted a stipulation and continued the initial Case Management Conference to 1:30 p.m on June 28, 2013, the same date as the hearing on the Federal Defendants' motion to dismiss is scheduled to be heard at 9:00 a.m.  Counsel for the Federal Defendants is counsel of record for the United States of America, acting through the Farm Service Agency, USDA, the only secured creditor in a pending Chapter 11 bankruptcy proceeding (07-51463 ASW).  The dispute between the USDA and the debtors was resolved on

1  Friday June 14, 2013, and a settlement agreement was signed.  The bankruptcy court had
2  continued a hearing for approval of the debtors' disclosure statement multiple times, as the
3  parties had advised the court of their efforts to resolve their differences.  The settlement reached
4  on Friday means that a hearing will be held in the bankruptcy court on June 28, 2013 at 2:15 p.m.
5  in the San Jose courthouse (this hearing would have been continued further if the parties had not
6  resolved the matter on June 14 if they were still negotiating).  Thus, counsel for the Federal
7  Defendants cannot attend a CMC in San Francisco at 1:30 p.m. on June 28, 2013 and make it to a
8  hearing in San Jose at 2:15 p.m. on the same day.  Furthermore, the bankruptcy court holds
9  hearings of this nature only once per month and thus it is not possible to move the bankruptcy
10 hearing.
11     Plaintiff has no objection to the change in the time of the CMC requested by the Federal
12 Defendants.  Thus, the parties request that the Court hold the CMC during its 9 a.m. calendar,
13 following the hearing on the pending motion to dismiss.  Alternatively, the Court could vacate
14 the CMC and schedule a date for the CMC in its order on the motion to dismiss.

15 Dated: June 17, 2013                 Respectfully submitted,

16                                      MELINDA HAAG
                                        United States Attorney
17
                                          /s/ *Michael T. Pyle*
18                           By:        _____
                                        Michael T. Pyle
19                                      Assistant U.S. Attorney
                                        Attorneys for Federal Defendants
20

21                                      SINUNU BRUNI LLP

22                                        /s/ *John F. Meadows*

23                                        /s/ *Leopoldo J. Chanco*
                             By:        _____
24                                      JOHN F. MEADOWS
                                        LEOPOLDO J. CHANCO
25                                      Attorneys for Plaintiff
                                        CAPTAIN JOHN J. COTA
26

27 **PURSUANT TO STIPULATION, IT IS SO ORDERED**:
                                                        is VACATED and will be reset by the Court, if
28       The initial Case Management Conference ~~will be held on~~ _____, ~~2013 at~~

necessary in the order resolving the pending motion to dismiss. ~~_____ a.m./p.m. The parties shall submit a joint Case Management Conference Statement at least five court days in advance of the conference.~~

DATED: June 19, 2013

*/s/ Jeffrey S. White*

HON. JEFFREY S. WHITE
United States District Judge