

Office of the Clerk
**United States Court of Appeals for the Ninth Circuit**
Post Office Box 193939
San Francisco, California 94119-3939
415-355-8000

Molly C. Dwyer
Clerk of Court

December 31, 2013

No.: 13-17678
D.C. No.: 3:13-cv-00576-JSW
Short Title: John Cota v. USA, et al

Dear Appellant/Counsel

A copy of your notice of appeal/petition has been received in the Clerk's office of the United States Court of Appeals for the Ninth Circuit. The U.S. Court of Appeals docket number shown above has been assigned to this case. You must indicate this Court of Appeals docket number whenever you communicate with this court regarding this case.

Please furnish this docket number immediately to the court reporter if you place an order, or have placed an order, for portions of the trial transcripts. The court reporter will need this docket number when communicating with this court.

**The due dates for filing the parties' briefs and otherwise perfecting the appeal have been set by the enclosed "Time Schedule Order," pursuant to applicable FRAP rules. These dates can be extended only by court order. Failure of the appellant to comply with the time schedule order will result in automatic dismissal of the appeal. 9th Cir. R. 42-1.**

**Payment of the $505 U.S. Court of Appeals docket fee is past due.** Appellant shall correct this deficiency **within 14 days**. Failure to respond to this order within the time set out will result in the dismissal of the appeal for failure to prosecute. See 9th Cir. R. 42-1. The fee is payable to the Clerk of the District Court, the Tax Court or the Bankruptcy Appellate Panel.

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

DEC 31 2013

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JOHN J. COTA, Captain,

        Plaintiff - Appellant,

  v.

UNITED STATES OF AMERICA; DEPARTMENT OF HOMELAND SECURITY; UNITED STATES COAST GUARD; UNITED STATES COAST GUARD COMMANDANT,

        Defendants - Appellees.

No. 13-17678

D.C. No. 3:13-cv-00576-JSW

U.S. District Court for Northern California, San Francisco

**TIME SCHEDULE ORDER**

The parties shall meet the following time schedule.

| | |
|---|---|
| **Tue., January 7, 2014** | Mediation Questionnaire due. If your registration for Appellate ECF is confirmed after this date, the Mediation Questionnaire is due within one day of receiving the email from PACER confirming your registration. |
| **Thu., April 10, 2014** | Appellant's opening brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |
| **Mon., May 12, 2014** | Appellees' answering brief and excerpts of record shall be served and filed pursuant to FRAP 32 and 9th Cir. R. 32-1. |

**The optional appellant's reply brief shall be filed and served within fourteen days of service of the appellees' brief, pursuant to FRAP 32 and 9th Cir. R. 32-1.**

**Failure of the appellant to comply with the Time Schedule Order will result in automatic dismissal of the appeal. See 9th Cir. R. 42-1.**

                                        FOR THE COURT:
                                        Molly C. Dwyer
                                        Clerk of Court

                                        Isidro Vargas
                                        Deputy Clerk